IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| MARGARET A. WILSON, | ) | Case No. 4:10CV00042 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Report and Recommendation ("R&R") (ECF No. 14) of the United States Magistrate Judge recommending an Order be entered dismissing this case for failure to prosecute in accordance with Local Rule 4. Judge Crigler issued Plaintiff a Show Cause Order (ECF No. 13) on February 23, 2011. The court also mailed Plaintiff copies of Local Rule 4 on two separate occasions. Nonetheless, Plaintiff did not answer the Show Cause Order.

Plaintiff did timely object (ECF No. 15) to the R&R, but her objection does not address her failure to comply with the Show Cause Order and simply reiterates her claim for disability. Plaintiff's objection is insufficient to excuse her failure to prosecute the case pursuant to Local Rule 4. For the foregoing reasons, it is this day **ADJUDGED** and **ORDERED** that the R&R shall be, and hereby is, **ADOPTED** in its entirety. The clerk is directed to **DISMISS** this case from the docket of the court.

The Clerk is directed to send a copy of this Order to counsel, Plaintiff and Magistrate Judge Crigler.

Entered this 13th Day of May, 2011

s/Jackson L. Kiser
Senior United States District Judge